FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Brown #76095
(Last Name) (Identification Number)

Alvin Lionel
(First Name) (Middle Name)

Hinds County Detention Center
(Institution)

1450 County Farm Rd. Raymond, Ms. 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC -1 2016
ARTHUR JOHNSTON
BY ______ DEPUTY

V. CIVIL ACTION NUMBER: 3:16cv 941-HTW-LRA
(to be completed by the Court)

Victor Mason, et. Al.

______

______

______

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes (✓) No ( ) some convictions reversed on direct appeal other pending appeal

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (✓) No ( ) But I am presently on Court order

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes (?) No (✓) housed at Hinds County Detition Center in Raymond (pending appeal)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Alvin Brown Prisoner Number: 76095

Address: 1450 County Farm Rd. Raymond, Ms. 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Victor Mason is employed as Sheriff of Hinds County at Hinds County / Hinds County Detention center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Alvin Brown #76095 | 1450 County Farm Road Raymond, Ms. 39154 |

DEFENDANT(S):

NAME: ADDRESS:

Other officers are involved and were particapating in actual assaults inflicted although I am without adequate information to include the names and addresses of these parties, although Victor Mason, Sheriff of Hinds County did enter with these officers and authorize their conduct.

Hinds County Sheriffs Office
P.O. Box 1452
Jackson, Ms. 39215-1452

Victor Mason
Sheriff

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**

**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ ) first 1983

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:____________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________________________

4. Name of judge to whom case was assigned:____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)________________________

CASE NUMBER 2.

1. Parties to the action:____________________________________

2. Court (if federal court, name the district; if state court, name the county):________

3. Docket Number:____________________________________

4. Name of judge to whom case was assigned:____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)________________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On or about September 27, 2016 at about 8:00 p.m., Victor Mason, sheriffs, and other deputies entered Unit B-2 at the Hinds County Detention Center in Raymond, Mississippi to perform a shakedown of the unit. (Inmates not allowed to be present in room while it is shaken down) Upon re-entering my room, several sheriffs (names unknown) entered making several threats toward my person. Soon thereafter I was assaulted by these sheriffs. I now bring this claim; (1) That the sheriffs had initially entered the unit and began to perform seaches of inmates and their property; (2) That during the course of these seaches no contraband or any other illegal object was found to be in my possession; (3) That I had obeyed → see next page

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I ask that a jury trial is conducted in this cause and that following the jury trial that the sheriffs' be held liable in their individual capacity to award me damages of Five-hundred-thousand dollars ($500,000.00). Also request that all court cost are assessed to the Respondents.

Signed this 21 day of November, 2016.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Alvin Burden

Signature of plaintiff

STATEMENT OF CLAIM (P.2)

every order given by the sheriffs and all other officers present during this period;(4) That I was still assaulted by several sheriffs at the Hinds County Detention Center without reasonable cause;(5) That I was assaulted by these officers fists;(6) That I was assaulted by these officers feet;(7) That I was assaulted by these officers with other weapons that they possessed.(Tased with taser gun several times);(8) That I was denied medical assistance following these unreasonable assaults;(9) That my neck and back was injured as of result of this unreasonable beating;(10) That I have been severely prejudiced; (11) That I am overwhelmed with stress and anxiety as of result of this unreasonable beating;(12) That I have been deprived of equal protection of the policies of the Hinds County Detention Center;(13) That this is contrary to the 8th and 14th Amendments of Our United States Constitution;(14) That I have been subject to cruel and unusual punishment at the Hinds County Detention Center and should be allowed to recover damages.

[signature]
ALVIN BROWN
PETITIONER

# HINDS COUNTY SHERIFF'S OFFICE

P.O. BOX 1452 JACKSON, MISSISSIPPI 39215-1452 PHONE (601)974-2900

Victor Mason
*Sheriff*

**TO:** **Alvin Brown, Inmate No. 76095**

**FROM:** **Victor Mason, Sheriff**

**CC:** **Claire Barker, In-House Counsel**
**Major Mary Rushing, Warden**

**RE:** **Response to Grievance**

**DATE:** **November 15, 2016**

Please accept this as an official response from the Office of the Sheriff regarding your grievance filed on October 21, 2016. I have reviewed your allegations and request for relief. Additionally, I have reviewed Warden Major Rushing's response to your grievance, and I concur with Major Rushing's recommendation. Specifically, there is no finding of assault or excessive use of force, and the Hinds County Sheriff's Office cannot accommodate your monetary demand of $500,000.00.

B2-5552

# INMATE GRIEVANCE FORM

09-037-16 (9) (pg 1)

Inmate Name: Alvin Brown

Pin No. 76095

Housing Location: B-2 5552

Date: 9/28/2016

Complaint:

That on or about September 27, 2016 at about 8:00 p.m. Victor Mason, sheriffs, and other deputies entered Unit B-2 at the Hinds County Detention Center in Raymond, Mississippi. I, Alvin Brown # 76095, was in my room sleep when my cell door was opened and I was instructed to exit my room and go to the bottom tier that which I quickly did without any hesitation or any other resistance. Shortly thereafter my room number was called and I was instructed to go to my room that which I did without any hesitation or resistance. Upon re-entering my room several sheriffs entered making several threats towards my person with the intent to assault me. Soon thereafter I was assaulted by the sheriffs whom had entered my room. I now bring this complaint; 1) That the sheriffs had intially entered the unit and began to perform seaches of inmates and their property; 2) That during the course of these seaches no contraband or any other illegal object was in my possession; 3) That I had obeyed every order given by the sheriffs and all other officers present during this time; 4) That I was still assaulted by several sheriffs at the Hinds County Detention Center without reasonable cause; 5) That I was assaulted by these officers fists; 6) That I was assaulted by these officers feet; 7) That I was assaulted by these officers with other weapons that they possessed. (Tased with taser gun several times); 8)

Continue on Page 2 →

Inmate Signature: [signature]

Response:

Rec'd 10/03/6

To Warden Rush I have no Knowledge of what you're talk about nor was I present during any of these allegations,

Page 1 of 2

Date Response: RECEIVED SEP 30 2016 By

Response Signature:

Date Received:

Grievance Officer:

09-037-16 (2) Centine.

INMATE GRIEVANCE FORM

Inmate Name: Alvin Brown

Pin No. 76095

Housing Location: B-2 5552

Date: 9/28/2016

Complaint:

That I was denied medical assistance following these unreasonable assaults; 9) That my neck and back has been injured as of result of this unjustified assault that these sheriffs have done; 10) That I have been severely prejudiced; 11) That I am overwhelmed with stress and anxiety as of result of this unreasonable beating; 12) That the Hinds County Detention Center has failed to maintain the standards set out in the inmate Handbook (Hinds County Detention Center Inmate Handbook. Policy); 13) That I have been deprived of equal Protection of the Policies of the Hinds County Detention Center; 14) That this is contrary to the 8th and 14th Amendments of Our United States Constitution; 15) That I have been subject to cruel and Unusual punishment at the Hinds County Detention Center and should be allowed to recover.

REQUESTED

I ask that I be awarded five-hundred-thousand dollars ($500,000) or that in alternate that I be allowed to exhaust my administrative remedies so that I may proceed in federal Court with this claim.

Inmate Signature: [signature]

Response:

RECEIVED

SEP 30 2016

By________

Page 2 of 2

Date Response:

Response Signature:

Date Received:

Grievance Officer:

INMATE GRIEVANCE FORM Case No. 09-037-16

09-037-16 G
Step#2"

Inmate Name: Alvin Brown Pin No. 76095

Housing Location: B-2 5552 Date: 10/7/2016

Complaint:

I, Alvin Brown#76095, recieved my decision on my grievance from the warden on October 6, 2016. Dissatisfied with the decision rendered, I now submit my appeal to the Appeal Hearing Officer in accordance to Our Inmate Handbook:

BASIS OF APPEAL

That on or about September 27, 2016 at about 8:00 p.m., Victor Mason, sheriffs, and other deputies entered Unit B-2 at the Hinds County Detention Center in Raymond, Mississippi. Eventually, several sheriffs entered my room making several threats towards my person with the intent to assault me. Soon thereafter, I was assaulted by the sheriffs whom had entered my room. As of an result of the assaults (beating) I sustained injuries to my lower neck and back. I now bring this appeal;

1) That on or about September 28, 2016 my grievance was submitted to Warden Rushing.; 2) That on October 6, 2016 I recieved my decision upon my grievance.; 3) That the decision failed to address any of the allegations set forth in my grievance.; 4) That the decision failed to afford me the relief requested in my grievance.; 5) That I should be entitled to recieve the requested relief.

REQUESTED RELIEF

I ask that I be rewarded five-hundred-thousand-dollars ($500,000.00) in damages.

Inmate Signature: [signature]

Response:

As I addressed in your previous grievance I have no knowledge of your complaint. I will have this matter investigated. I do not and can not reward you any money. I have forward your request forward for appeal

[signature]
10/10/16

RECEIVED
OCT 10 2016

Date Response: Response Signature:

Date Received: By Grievance Officer:

SWORN AFFIDAVIT

Date: October 13, 2016

On September 27, 2016 I saw police beating up people for no reason. It was terrible

Chris Brown 1700086119
CHRIS BROWN

Witness: Ryaire Houston 150000213I

# SWORN AFFIDAVIT

Date: October 13, 2016

On september 27, 2016 I observed several sheriffs enter Cell # 5552 and began to beat someone. These street deputies were kicking, punching, and tasing this dude for no Reason.

Detrich Harris
DETRICH HARRIS

Witness: Debreco Williams 62687

# SWORN AFFIDAVIT

Date: October 16, 2016

On September 27 of 2016 i Was Walking around the Zone When Victor mason and about ten other officers ran up in our zone and laid everybody on the floor. At that time Victor mason and Several other police Started to punch people in the face and hit them with tazers for no reason. I also Witnessed them go into cell number 5552 and kick and taze Someone for what Seemed like a Very long time. I have also Seen them do this on Several different occassions.

Dustin Hale
DUSTIN HALE

Witness: Christopher Delaney - 7700099035

# SWORN AFFIDAVIT

September 29, 2016

On September 27, 2016 I Kevin Rodgers seen police assaulting my next door neighbor, for no reason. I was able to observe and see these police assaulting my next door neighbor for a little while. Also after the police had exited my next door neighbor I see one police run back in the room and hit my next door neighbor again. For nothing at all.

Kevin D. Rodgers

WITNESS : Joshua Thomas 7700064849

# CERTIFICATE OF SERVICE

I, Alvin Brown, hereby certify that I have on this date Mailed a true and correct of the above and Foregoing 1983 Complaint to:

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Ms. 39201

Jim Hood, Attorney General
Post Office Box 220
Jackson, Ms. 39205

THIS, the 21 day of November 2016

ALVIN BROWN

ALVIN BROWN #76095
1450 COUNTY FARM ROAD
RAYMOND, MS. 39154